IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

       Plaintiff,

v.

2007 Chrysler Aspen SUV, VIN 1A8HW58277F534522,

       Defendant.

_____

## WARRANT FOR ARREST OF PROPERTY *IN REM*
_____

TO: UNITED STATES MARSHALS SERVICE AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

    PURSUANT to the Order for Warrant for Arrest of Property *In Rem* issued by this Court, YOU ARE HEREBY COMMANDED TO ARREST AND SEIZE as soon as practicable, the defendant property described in the Verified Complaint for Forfeiture *In Rem* filed herewith, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

    DONE at Denver, Colorado, this 19th day of March, 2012.

                                              GREGORY C. LANGHAM
                                              Clerk of the U.S. District Court

                                   By: s/ L. Gianelli
                                        Deputy Clerk