IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00600-RBJ-KMT

UNITED STATES OF AMERICA,

       Plaintiff,

v.

2007 Chrysler Aspen SUV, VIN 1A8HW58277F534522,

       Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of March, 2012, true copies of the NOTICE OF COMPLAINT FOR FORFEITURE, VERIFIED COMPLAINT FOR FORFEITURE *IN REM*, ORDER FOR WARRANT FOR ARREST OF PROPERTY IN REM, WARRANT FOR ARREST OF PROPERTY *IN REM*, and INSTRUCTIONS REGARDING NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION were mailed, postage prepaid, in addition to Certified Mail, Return Receipt Requested to:

| | |
|---|---|
| Teresa Jones<br>23043 E. Ontario Drive, Unit 106<br>Aurora, Colorado 80016 | Cert. # 7010 2780 0002 3339 0755 |
| Scott Goldman, Esq.<br>44 Cook Street, Suite 100<br>Denver, Colorado 80206<br>*Counsel for Teresa Jones* | Cert. # 7010 2780 0002 3339 0762 |

| | |
|---|---|
| Higdon Armstrong<br>1920 Elmira Street<br>Aurora, Colorado 80010 | Cert. # 7010 2780 0002 3339 0779 |
| Higdon Armstrong<br>P.O. Box 200134<br>Denver, Colorado 80220 | Cert. # 7010 2780 0002 3339 0786 |
| | s/ *Raisa V. Pitman*<br>FSA Data Analyst<br>Office of the U.S. Attorney |

2