IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00600-RBJ-KMT

UNITED STATES OF AMERICA,

        Plaintiff,

v.

2007 Chrysler Aspen SUV, VIN 1A8HW58277F534522,

        Defendant.

**JOINT MOTION FOR EARLY NEUTRAL EVALUATION
PURSUANT TO 28 U.S.C. § 652 and D.C.COLO.LCivR 16.6**

        The United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorney Martha A. Paluch, and Claimant Teresa Jones, through counsel Scott D. Goldman, Esq., hereby request that this matter be referred to a United States Magistrate Judge for the scheduling of an early neutral evaluation or other alternative dispute resolution proceeding pursuant to 28 U.S.C. § 652 and D.C.COLO.LCivR 16.6.  In support of this motion, the parties state as follows:

        1.     The United States commenced this action on March 9, 2012, by filing a Verified Complaint for Forfeiture *In Rem* pursuant to 18 U.S.C. § 2428 for forfeiture of defendant 2007 Chrysler Aspen SUV, VIN 1A8HW58277F534522.  The United States alleged that the Chrysler Aspen was subject to forfeiture pursuant to 18 U.S.C. § 2428 as property used or intended to be used to commit or facilitate the commission of an offense involving transportation of a minor for illegal sexual activity.  Doc. 1.

1

2. On April 7, 2012, Claimant Teresa Jones filed an Answer to the United States' Complaint. Doc. 8. In her Answer, Claimant Jones claimed that she paid $5,000 in cash towards the purchase of the Chrysler Aspen. *Id.* at 2. Defendant Aspen was purchased with $5,000 in cash and $10,000 trade-in for a GMC Yukon belonging to an individual named Lauren Tadesse. Doc. 1 at 5.

3. Since the filing of the United States' Verified Complaint in March of 2012, the parties have engaged in settlement negotiations. The United States offered to return $5,000 to Claimant Jones. Claimant Jones countered that she believed she was entitled to receive $7,000. The United States then agreed to return $6,000 to Claimant Jones. Claimant Jones rejected this offer and indicated instead of settling this matter, she would prefer to go to trial. However, Claimant Jones has since indicated she would be agreeable to an early neutral evaluation.

4. Claimant Jones's counsel, Mr. Goldman, and the undersigned have worked diligently to resolve this case but have been unable to do so. Given the relatively minimal amount of currency at stake in this case, the parties believe an early neutral evaluation would be more efficient than proceeding with discovery to include numerous depositions.

5. For these reasons, the parties request that this matter be referred to a United States Magistrate Judge for the scheduling of an early neutral evaluation at the Court's convenience.

DATED this 31st day of May, 2012.

        Respectfully submitted,

        JOHN F. WALSH
        United States Attorney

By:  *s/ Martha A. Paluch*
      Martha A. Paluch
      Assistant United States Attorney
      1225 Seventeenth Street, Ste. 700
      Denver, Colorado 80202
      Telephone: (303) 454-0100
      E-mail: martha.paluch@usdoj.gov
      *Attorney for Plaintiff*

By:  *s/ Scott D. Goldman*
      Scott D. Goldman, Esq.
      Goldman Law, LLC
      44 Cook Street, Suite 100
      Denver, Colorado  80206
      Telephone:  (303) 656-9529
      E-mail:  scott@goldmanlawllc.com
      *Attorney for Claimant Teresa Jones*