IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00600-RBJ-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2007 Chrysler Aspen SUV, VIN 1A8HW58277F534522,

    Defendant.

_____

**ORDER GRANTING JOINT MOTION FOR EARLY NEUTRAL EVALUATION
PURSUANT TO 28 U.S.C. § 652 and D.C.COLO.LCivR 16.6**
_____

    THIS MATTER comes before the Court on the parties' Joint Motion for Early Neutral Evaluation Pursuant to 28 U.S.C. § 652 and D.C.COLO.LCivR 16.6, filed May 31, 2012.

    FOR GOOD CAUSE SHOWN, the Motion is hereby granted.  This matter is referred to United States Magistrate Judge Kathleen M. Tafoya for the scheduling of an early neutral evaluation.

    SO ORDERED this _____ day of _____, 2012.

                                    BY THE COURT:

                                    _____
                                    R. BROOKE JACKSON
                                    U.S. District Court Judge