**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| **Civil Action No.** 12-cv-00600-RBJ-KMT | FTR - Courtroom C-201 |
| **Date:** July 9, 2012 | Deputy Clerk, Nick Richards |

| | |
|---|---|
| UNITED STATES OF AMERICA, | Martha Ann Paluch |
| Plaintiff, | |
| v. | |
| 2007 CHRYSLER ASPEN SUV, VIN 1A8HW58277F534522, | No appearance |
| Defendant. | |

## COURTROOM MINUTES / MINUTE ORDER

**EARLY NEUTRAL EVALUATION
Court in session: 10:47 a.m.**

THE FOLLOWING PROCEEDINGS WERE HELD OFF THE PUBLIC RECORD AND AS PART OF CONFIDENTIAL SETTLEMENT NEGOTIATIONS PURSUANT TO FED. R. EVD. 8. No portion of the proceedings were recorded.

Court calls case.  Appearances of counsel. Attorney Scott David Goldman appears with claimant, Ms. Teresa Jones. The court makes a record of the documents it has received and reviewed in preparation for today's proceedings.

Court's comments regarding its views of the strengths and weaknesses of the case and valuation.

Comments and questions from counsel.

**Court in Recess: 11:17 a.m.**
Hearing concluded.
Total In-Court Time     00:30