IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00600-RBJ-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2007 Chrysler Aspen SUV, VIN 1A8HW58277F534522,

    Defendant.

---

**NOTICE OF SETTLEMENT AND UNOPPOSED MOTION TO VACATE
JULY 23, 2012 SCHEDULING CONFERENCE**

---

    The United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorney Martha A. Paluch, with the concurrence of Claimant Teresa Jones, through counsel Mr. Scott D. Goldman, Esq., hereby notifies the Court that the parties have reached a verbal settlement in this matter, and therefore respectfully requests that the Scheduling Order due date of July 16, 2012, and Scheduling Conference currently set for July 23, 2012 at 9:15 a.m., be vacated. In support thereof, the Plaintiff states as follows:

    1.    In this case, the parties have agreed that defendant Aspen will be forfeited to the United States, and that upon sale of the vehicle, the United States will remit $6,000.00 to Claimant Teresa Jones from the net proceeds of the sale of the vehicle. As this is a civil forfeiture case, settlement of the matter does not result in a dismissal of the action; rather the parties must first file a Settlement Agreement, and subsequently

1

move for entry of a Final Order of Forfeiture, which, if granted, would transfer title to the property to the United States so that it may be sold.

2. As a result of the verbal settlement agreement reached in this matter, the parties believe that a Scheduling Conference is unnecessary at this time.

3. The parties anticipate filing settlement documents within the next forty-five days, or by no later than August 27, 2012.

4. Pursuant to D.C.COLO.LCivR7.1, the United States has discussed this matter with Mr. Scott Goldman, counsel for Claimant Teresa Jones, who is in concurrence with its filing.

DATED this 13th day of July, 2012.

        Respectfully submitted,

        JOHN F. WALSH
        United States Attorney

By: *s/ Martha A. Paluch*
     Martha A. Paluch
     Assistant United States Attorney
     1225 Seventeenth Street, Ste. 700
     Denver, Colorado 80202
     Telephone: (303) 454-0100
     E-mail: martha.paluch@usdoj.gov
     *Attorney for Plaintiff*