IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00600-RBJ-KMT

UNITED STATES OF AMERICA,

　　　　　Plaintiff,

v.

2007 Chrysler Aspen SUV, VIN 1A8HW58277F534522,

　　　　　Defendant.

---

**UNITED STATES' UNOPPOSED MOTION FOR FINAL ORDER OF FORFEITURE**

---

COMES NOW the United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorney Martha A. Paluch, with the concurrence of Claimant Teresa Jones, through counsel Scott D. Goldman, Esq., and moves for Final Order of Forfeiture in favor of the United States.  In support, Plaintiff states:

1.　　On March 9, 2012, the United States filed its Verified Complaint for Forfeiture *In Rem* seeking forfeiture of the 2007 Chrysler Aspen SUV, VIN 1A8HW58277F534522 ("defendant Aspen") pursuant to 18 U.S.C. § 2428.  (Doc. 1).  All of the sworn statements in the complaint established ample probable cause for a judgment of forfeiture.

2.　　Service to all known claimants was made via first class U.S. Mail, and Certified Mail Return Receipt Requested, as evidenced by the United States' Certificate of Service filed with the Court on March 21, 2012.  (Doc. 6).  Notice was further posted

1

for 30 consecutive days on an official government internet site (www.forfeiture.gov) beginning March 22, 2012.

3.      Claimant Teresa Jones filed an Answer to the United States' complaint on April 7, 2012.  (Doc. 8).  No other claims, answers, or other responsive pleadings have been filed by any other party.

4.      The United States and sole party in interest, Teresa Jones, through her attorney, Scott D. Goldman, Esq., have reached a settlement agreement resolving all issues in this civil forfeiture matter with respect to Ms. Jones's interest in defendant Aspen, and a Settlement Agreement is being filed contemporaneously herewith.  The terms agreed to by the parties are, *inter alia*, as follows:

   a.      Defendant Aspen will be forfeited to the United States pursuant to 18 U.S.C. § 2428;

   b.      Upon entry of the Final Order of Forfeiture, the United States will promptly sell defendant Aspen, and from the net proceeds from the sale of the Aspen, the United States will remit back to Claimant Teresa Jones, $6,000.00;

   c.      Any attorney fees incurred by the Parties will be their sole responsibility and obligation;

   d.      The Parties agree that a Certificate of Reasonable Cause shall issue as to defendant Aspen, pursuant to 28 U.S.C. § 2465.

WHEREFORE, the United States, with the concurrence of Claimant Teresa Jones through counsel Scott D. Goldman, Esq., prays for a Final Order of Forfeiture forfeiting to the United States defendant 2007 Chrysler Aspen SUV, VIN

1A8HW58277F534522.   The United States also respectfully requests that the Court

enter a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, and direct the

Clerk of the Court to enter Judgment as to the forfeited property for the reasons set forth

above.[1]

DATED this 28th day of August, 2012.

Respectfully submitted,

JOHN F. WALSH
United States Attorney

By:   s/ *Martha A. Paluch*
MARTHA A. PALUCH
Assistant United States Attorney
1225 Seventeenth Street, Ste. 700
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: martha.paluch@usdoj.gov
*Attorney for Plaintiff*

---

[1] Settlement documents were due to be filed in this case by August 27, 2012.  Counsel for Claimant Teresa Jones emailed to undersigned counsel's paralegal a signed copy of the Settlement Agreement after said paralegal had left for the day; therefore, undersigned counsel did not see the agreement until this morning.  Undersigned counsel apologizes for the delay in submitting the settlement documents to the Court for its review.