IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00600-RBJ-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2007 Chrysler Aspen SUV, VIN 1A8HW58277F534522,

    Defendant.

## SETTLEMENT AGREEMENT

COMES NOW the United States of America through United States Attorney John F. Walsh and Assistant United States Attorney Martha A. Paluch, and Claimant Teresa Jones, through counsel Scott D. Goldman, Esq. (collectively, "the Parties"), and enter into the following Settlement Agreement:

1. The Parties agree that defendant 2007 Chrysler Aspen SUV, VIN 1A8HW58277F534522 ("defendant Aspen") will be forfeited to the United States pursuant to 18 U.S.C. § 2428.

2. The Parties agree that upon entry of the Final Order of Forfeiture, the United States will promptly sell defendant Aspen, and from the net proceeds from the sale of the Aspen, the United States will remit back to Claimant Teresa Jones, $6,000.00.

3. The Parties agree that this Settlement Agreement resolves all claims and issues between the Parties with respect to defendant Aspen.

4. Claimant Teresa Jones understands that federal law requires the Department of the Treasury to offset Federal payments to collect delinquent tax and non-tax debts owed to the United States, and to individual states (including past-due child support), and agrees to complete and sign an ACH Payment Enrollment Form.

5. Any attorney fees incurred by the Parties will be their sole responsibility and obligation.

6. The Parties forever and irrevocably release each other from any claims, damages, causes of action, whether in law or in equity, or founded in contract, tort, or any other legal or equitable theory, including but not limited to 18 U.S.C. § 983 and 28 U.S.C. § 2465, with respect to the property described herein, except for any civil tax liability which the Claimant understands must be handled between her and the Internal Revenue Service directly.

7. Should any other claims or answers be filed necessitating further administrative or judicial action regarding defendant Aspen, the Claimant agrees to cooperate fully in the preparation for, handling of, and hearings or trials on such claim or answer, as determined by the United States.

8. This Settlement Agreement shall bind the agents, principles, affiliates, successors, assigns, personal representatives, heirs, attorneys of each of the Parties to this Settlement Agreement.

9. The Parties agree that a Certificate of Reasonable Cause shall issue as to defendant Aspen, pursuant to 28 U.S.C. § 2465.

Respectfully submitted this 28 day of August, 2012.

JOHN F. WALSH
United States Attorney

Dated: 8/28/12

*Martha Paluch* (signature)
MARTHA A. PALUCH
1225 17th Street, Ste. 700
Denver, Colorado 80202
Telephone: (303) 454-0100
FAX: (303) 454-0409
E-mail: Martha.paluch@usdoj.gov
*Counsel for Plaintiff the United States*

Dated: 08/20/2012

Scott D. Goldman, Esq.
Goldman Law, LLC
44 Cook Street, Suite 100
Denver, Colorado 80206
Telephone: (303) 656-9529
E-mail: scott@goldmanlawllc.com
*Attorney for Claimant Teresa Jones*

Dated: 8/26/12

TERESA JONES
*Claimant*