IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00600-RBJ-KMT

UNITED STATES OF AMERICA,

  Plaintiff,

v.

2007 Chrysler Aspen SUV, VIN 1A8HW58277F534522,

  Defendant.

_____

### FINAL ORDER OF FORFEITURE
_____

  THIS MATTER comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture, and the Court having reviewed said Motion FINDS:

  THAT the United States commenced this action *in rem* pursuant to 18 U.S.C. § 2428;

  THAT all known parties have been provided with an opportunity to respond as required by Supplemental Rule G(4);

  THAT the United States and Claimant Teresa Jones, through her attorney Scott D. Goldman, Esq., have reached a settlement agreement in this case as to Ms. Jones's interest in defendant 2007 Chrysler Aspen SUV, VIN 1A8HW58277F534522 ("defendant Aspen"), and have filed a Settlement Agreement with the Court resolving all issues in dispute;

  THAT Teresa Jones has an interest in defendant Aspen;

  THAT upon agreement of the parties, defendant Aspen shall be forfeited to the

United States;

THAT upon entry of Final Order of Forfeiture, the United States has agreed to sell defendant Aspen, and remit to Claimant Jones, $6,000.00 from the net proceeds realized from the sale of the Aspen;

THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. § 2428.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT defendant Aspen is hereby forfeited to the United States, pursuant to 18 U.S.C. § 2428;

THAT the United States shall have full and legal title to the forfeited property, and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement;

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to defendant Aspen pursuant to 28 U.S.C. § 2465.

SO ORDERED this 28th day of August, 2012.

BY THE COURT:

*[signature: Brooke Jackson]*

_____
R. BROOKE JACKSON
United States District Court Judge