IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00600-RBJ-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2007 Chrysler Aspen SUV, VIN 1A8HW58277F534522,

    Defendant.

_____

## JUDGMENT
_____

Pursuant to and in accordance with the Final Order of Forfeiture entered by the Honorable United States District Judge R. Brooke Jackson on August 28, 2012, and Rule 58(a) of the Federal Rules of Civil Procedure, the following JUDGMENT is hereby entered:

1.    Forfeiture and full legal title to defendant 2007 Chrysler Aspen SUV, VIN 1A8HW58277F534522 is hereby entered in favor of the United States; and

2.    That upon entry of the Final Order of Forfeiture, the United States has agreed to sell defendant Aspen, and remit to Claimant Jones, $6,000.00 from the net proceeds realized from the sale of defendant Aspen; and

3.    The United States may dispose of the above-described forfeited property in accordance with law.

Dated this 30th day of August, 2012.

FOR THE COURT:

GREGORY C. LANGHAM
Clerk of the Court



By: s/Edward P. Butler
      Deputy Clerk